IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL L. WINSTON,

    Plaintiff,

v.

PAMELA H., LORI YOKEY,
JOHNSON (1), JOHNSON (2) and
REGINGSER,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-610-jdp

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice as time barred.

/s/                                                                    11/4/2016

Peter Oppeneer, Clerk of Court                           Date